Rebecca C. Padilla, SBN: 248605
**POTTER, COHEN, SAMULON & PADILLA**
3852 E. Colorado Blvd.
Pasadena, CA 91107
Telephone: (626) 795-0681
Facsimile: (626) 795-0725
E-mail: rpadilla@pottercohenlaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA NUNEZ,<br><br>  Plaintiff,<br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>  Defendant | Case No.: 2:19-CV-03168 JEM<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

**IT IS ORDERED** that the Commissioner shall pay the amount of $2,463.00 (Two Thousand Six Hundred Sixty-Three Dollars and No Cents) for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: March 16, 2020

_____
HON. JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

-1-